April 15. 2015

Dear Sir,
I am writing you's regarding the 1st district court of appeals Affirming the Judgement on cause # 11-CR-3162. In June 04. 2014 I would appreicate it, IF you can enlighten on the mandate date. concerning COA# 01-13-000 89-CR   I would be thankful's if you give me a prompt reply Pertaining to this issue.
Thank you for you're time & Patience.

Sincerly MR McCarter

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk